McDow's non-marital property. Finding no error, we affirm. Rule 84.16(b).

**Perry Ray McDOW, Respondent,**

v.

**Lee Ann McDOW, Appellant.**

**No. WD 75287.**

Missouri Court of Appeals, Western District.

June 11, 2013.

James E. Switzer, Clinton, MO, for Respondent.

Kenneth C. Hensley, Wyatt Z. Roberts, Raymore, MO, for Appellant.

Before Division Two: ALOK AHUJA, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

**Order**

PER CURIAM:

Lee Ann McDow appeals the judgment of the trial court, following a bench trial, dissolving her marriage to Perry Ray McDow. Lee Ann McDow argues that the trial court erred in finding, based on the terms of a prenuptial agreement, that farm equipment and cattle were Perry Ray